FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DEC 28 PM 3:13

UNITED STATES OF AMERICA

v.

CASE NO. 8:21-cr-405-CEH-TGW
26 U.S.C. § 7206(1)

STEVEN BRICKNER

## INFORMATION

The United States Attorney charges:

### COUNT ONE

That on or about November 5, 2018, in the Middle District of Florida and elsewhere, the defendant,

STEVEN BRICKNER,

willfully made and subscribed and caused to be filed with the Internal Revenue Service a false Individual Income Tax Return, for the calendar year 2017, which was verified by a written declaration that it was made under the penalties of perjury and which Steven Brickner did not believe to be true and correct as to every material matter. That tax return reported that he had total income for that calendar year of approximately -$458,727.00, whereas Steven Brickner knew that he had additional

unreported income of at least $1,005,054.11 that should also have been attributed to him as income for that year.

All in violation of 26 U.S.C. § 7206(1).

ROGER B. HANDBERG
United States Attorney

By: *(signed)*
Jay L. Hoffer
Assistant United States Attorney

By: *(signed)*
Rachelle DesVaux Bedke
Assistant United States Attorney
Acting Chief, Economic Crimes Section