AO 455 (Rev. 5/85) Waiver of Indictment

FILED

# UNITED STATES DISTRICT COURT
## FOR THE
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

21 DEC 28 PM 3: 13

| | |
|---|---|
| UNITED STATES OF AMERICA | **WAIVER OF INDICTMENT** |
| v. | Criminal No. 8:21-cr-405-CEH-TGW |
| STEVEN BRICKNER | |

I, Steven Brickner, the above-named defendant, who is accused of making and subscribing to a false tax return, in violation of 26 U.S.C. § 7206(1), being advised of the nature of the charge, the proposed Information, and of my rights, hereby waive prosecution by Indictment and consent that the proceeding may be by Information rather than by Indictment. Pursuant to Fed. R. Crim. P. 7(b), I will confirm this waiver in open court at arraignment or other hearing.

_____
Steven Brickner
Defendant

_____
Matthew J. Mueller, Esq.
Counsel for Defendant

Before _____
          Judicial Officer